# Court of Appeals
# of the State of Georgia

ATLANTA, September 24, 2015

*The Court of Appeals hereby passes the following order*

**A16D0033. ANTHONY OGUFERE v. NORTH FORSYTH EQUITY, LLC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15A56338



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, September 24, 2015.

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.